Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR12-377RAJ |
| Plaintiff, ) | |
| ) | ORDER TO SEAL |
| v. ) | |
| EFRAIN SEPULVEDA-ACOSTA, ) | |
| Defendant. ) | |

Having read the Government's Motion to Seal and because of sensitive information contained within United States' Sentencing Memorandum,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #27) is GRANTED and the United States' Sentencing Memorandum filed under Dkt. #28 shall remain sealed.

DATED this 15th day of February, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
SEPULVEDA-ACOSTA/CR12-377RAJ – Page 1